**Order entered May 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00324-CV

## IN THE INTEREST OF B.H. AND J.H., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-16-00779-X

## ORDER

This accelerated appeal involves the termination of appellant's parental rights. Before the Court is appellant's May 26, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **June 17, 2019**. We caution appellant that further extension requests will be strongly disfavored.

/s/     KEN MOLBERG
JUSTICE